**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01563-CR
No. 05-13-01564-CR
No. 05-13-01565-CR
No. 05-13-01566-CR

**TRACY REBECCA SIVERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F12-57787-M, F12-61367-M, F12-61732-M, F12-61733-M

## ORDER

The Court **REINSTATES** the appeals.

On January 23, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have now received the reporter's record, but not the clerk's record. Therefore, in the interest of expediting the appeals, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE